1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ESPINOZA-BAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-70458 HRL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE ARRAIGNMENT |
| vs. | ) | HEARING |
| | ) | |
| ROGELIO ESPINOZA-BAZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant Rogelio Espinoza-Baza and the government, by and through counsel, hereby stipulate and agree that the preliminary hearing or arraignment in the above-captioned matter may be continued from Friday, August 8, 2008 to Wednesday, August 13, 2008 at 11:00 a.m., the 10th court day following Mr. Espinoza-Baza's July 30, 2008 initial appearance.  The reason for the requested continuance is to allow the defense time to review discovery and to permit the parties to discuss a pre-indictment resolution.

Dated: August 7, 2008

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Sentencing
CR-07-00674 JF                          1

Dated: August 7, 2008

                                              _____/s/_____
                                              CYNTHIA C. LIE
                                              Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing or arraignment in the above-captioned matter shall be continued from Friday, August 8, 2008 to Wednesday, August 13, 2008 at 11:00 a.m.

Dated: August ___, 2008

                                              _____
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge