BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ESPINOZA-BAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70458 HRL |
| ) | |
| Plaintiff, ) | STIPULATION AND [XXXXXXXXXXXX ORDER TO CONTINUE ARRAIGNMENT |
| ) | HEARING |
| vs. ) | |
| ) | |
| ROGELIO ESPINOZA-BAZA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Rogelio Espinoza-Baza and the government, by and through counsel, hereby stipulate and agree that the preliminary hearing or arraignment in the above-captioned matter may be continued from Friday, August 8, 2008 to Wednesday, August 13, 2008 at 11:00 a.m., the 10th court day following Mr. Espinoza-Baza's July 30, 2008 initial appearance. The reason for the requested continuance is to allow the defense time to review discovery and to permit the parties to discuss a pre-indictment resolution.

Dated: August 7, 2008

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Sentencing
CR-07-00674 JF                                    1

Dated: August 7, 2008

_____/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

**[ xxxxxxxxxx ] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing or arraignment in the above-captioned matter shall be continued from Friday, August 8, 2008 to Wednesday, August 13, 2008 at 11:00 a.m.

Dated: August \_\_7\_\_, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation and [Proposed] Order to Continue
Sentencing
CR-07-00674 JF                                                    2