AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
AUG 13 2008

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.

Rogelio Espinoza-Baza

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08 00534 JF

I, __Rogelio Espinoza-Baza__, the above named defendant, who is accused of

__8 USC 1326  Illegal Reentry After Deportation__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/13/08__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_Rogelio Espinoza_
Defendant

_[signature]_
Counsel for Defendant

Before __Patricia V. Trumbull__
Judicial Officer