**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*150 Almaden Boulevard, Suite 900*     (408) 535-5061
*San Jose, California 95113*            FAX:(408) 535-5066

August 26, 2008

Cita Escolano
Office of the Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

        Re:    United States v. Espinoza-Baza
                  CR 08-00534

Dear Ms. Escolano:

    I am writing to make my Notice of Appearance as one of the Assistant U.S. Attorneys representing the United States in the above-captioned matter, pursuant to General Order 45 of the Northern District of California rules of court.

    Could you please file this letter and add my name to the docket sheet of this case, so that I am able to receive all electronic and manual filings in this case.

    Thank you.

                                      Very truly yours,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                By:         /s/
                                    DANIEL KALEBA
                                    Assistant U.S. Attorney