BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESPINOZA-BAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00534 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| ROGELIO ESPINOZA-BAZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the initial district court appearance currently set for Wednesday, September 10, 2008 may be continued to Wednesday, September 24, 2008 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to investigate whether venue properly lies in this district before the parties conclude their fast-track settlement negotiations.

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing
CR 07-00800 RMW                                                            1

Dated: September 5, 2008

                                                                             s/_____
                                                                              DANIEL R. KALEBA
                                                                              Assistant United States Attorney

Dated: September 5, 2008

                                                                             s/_____
                                                                              CYNTHIA C. LIE
                                                                              Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Wednesday, September 10, 2008 shall be continued to Wednesday, September 24, 2008 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

Dated: September 9, 2008

_____
JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing Hearing
CR 07-00800 RMW                        2