1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       Facsimile: (408) 535-5066
8      E-Mail: daniel.kaleba@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-00534 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| ROGELIO ESPINOZA-BAZA, | ) | SAN JOSE VENUE |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED:     September 23, 2008           Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                              /s/
                                        _____
                                        DAVID A. CALLAWAY
                                        Deputy Chief, San Jose Branch Office

1 | Leave is GRANTED to the government to dismiss the information without prejudice.

Date: September 24, 2008

_____
JEREMY FOGEL
United States District Judge